UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEV KHISLAVSKY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA;<br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES;<br>TOMMY G. THOMPSON, SECRETARY,<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES; MICHAEL<br>MCCULLEN, ADMINISTRATOR FOR<br>THE CENTERS FOR MEDICARE AND<br>MEDICAID SERVICES; NAM K. CHO<br>AND YUNG J. NA,<br><br>　　　　　Defendants. | Civil Action 04-cv-5264 (JLL)<br><br>**ORDER ADOPTING THE REPORT<br>AND RECOMMENDATION OF<br>THE MAGISTRATE JUDGE** |

**LINARES**, District Judge.

　　　　This Court had referred the Government Defendants' motion to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for lack of jurisdiction over the subject matter to the Honorable Ronald J. Hedges, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B). Having reviewed de novo the Report and Recommendation of July 5, 2005, and having considered Plaintiff's objections to the Report, this Court adopts Magistrate Judge Hedges July 5, 2005 Report and Recommendation as the Opinion of this Court and dismisses Plaintiff's Complaint against Defendants.

**IT IS** on this 5th day of April, 2006,

**ORDERED** that the Report and Recommendation of Magistrate Judge Hedges filed July 5, 2005, recommending that Defendants' motion to dismiss [CM/ECF Docket Entry # 7] be granted, is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

This case is closed.

Dated: April 5th, 2006

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE